# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00130-RLV-DSC

| | |
|---|---|
| SHARON CHOBAT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DALE EARNHARDT, INC. et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Defendants' … Motion to Compel" (document #57) and the parties' associated briefs and exhibits.

Defendants seek an order compelling Plaintiff to respond to their First Set of Interrogatories and Requests for Production and deeming their First Set of Requests for Admissions to be admitted.

For the reasons stated in Defendants' briefs, the Court <u>grants</u> their Motion <u>in part</u>. For the reasons stated in Plaintiff's brief, the Court <u>denies</u> Defendant's Motion as to deeming admitted the First Set of Requests for Admissions.

**IT IS HEREBY ORDERED** that:

1. "Defendants' … Motion to Compel" (document #57) is **GRANTED IN PART** and **DENIED IN PART**. <u>Within thirty days of this Order, Plaintiff shall serve complete verified responses to Defendants' First Set of Interrogatories, Requests for Production, and Requests for Admissions</u>.

2. The parties shall pay their own costs <u>at this time</u>.

3. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 13, 2015

David S. Cayer
United States Magistrate Judge