IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00130-RLV-DSC

| | |
|---|---|
| SHARON CHOBAT, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| DALE EARNHARDT, INC., ET AL., | ) |
| **Defendants.** | ) |

**BEFORE THE COURT** is the parties' response to the Court's Order of November 23, 2015 (Doc. 70). In accordance with said response, the Court now refers this matter to Magistrate Judge Cayer to preside over a settlement conference. Counsel are advised to contact Judge Cayer's chambers regarding scheduling.

**SO ORDERED.**

Signed: December 1, 2015

Richard L. Voorhees
United States District Judge