IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00130-RLV-DSC

| | | |
|---|---|---|
| SHARON CHOBAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DALE EARNHARDT, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion for case management purposes. On January 20, 2016, the parties filed a joint motion with this Court indicating that this matter had been settled and that a written settlement agreement was being negotiated and/or drafted for signature. [Doc. No. 75]. As a result, the Court continued its judicial scheduling conference pending the filing of a stipulation of dismissal. [Doc. No. 76]. The parties have yet to file a stipulation of dismissal with the Court.

Accordingly, absent the filing of a motion seeking a good faith extension of the deadline, the parties are **HEREBY ORDERED** to file a stipulation of dismissal no later than close of business on **Friday, April 15, 2016**. If no stipulation of dismissal is filed, and no motion for an extension is made, then the Court shall dismiss this matter *without prejudice*.

**SO ORDERED**.

Signed: April 11, 2016

Richard L. Voorhees
United States District Judge