IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00130-RLV-DSC

| | |
|---|---|
| SHARON CHOBAT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DALE EARNHARDT, INC. ET AL., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Motion for Relief from Local Rule 83.1(B)(1) and for Special Admission Under Local Rule 83.1(B)(2) (the "Motion"). [Doc. No. 89]. In the Motion, Plaintiff seeks special admission of her primary counsel in this case, Theodore J. Minch of Sovich Minch, LLP, such that her local counsel, Mary K. Mandeville of Alexander Ricks PLLC, need not appear on her behalf at the trial of this matter. The Motion (Doc. No. 89) is **GRANTED**. Mr. Minch is specially admitted to the Bar of this Court per Local Rule 83.1(B)(2) for purposes of trial, and Ms. Mandeville is relieved of her obligation under Local Rule 83.1(B)(1) to appear at trial as local counsel.

**SO ORDERED**.

Signed: July 7, 2016

Richard L. Voorhees
United States District Judge

-1-